**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ADVENTO PENA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 7:15-CV-234** |
| | § | |
| **PAVONIA LIFE INSURANCE** | § | |
| **COMPANY OF MICHIGAN, f/k/A** | § | |
| **HOUSEHOLD LIFE INSURANCE** | § | |
| **COMPANY AND BENEFICIAL** | § | |
| **FINANCIAL I INC.,** | § | |
| **Defendants** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE RANDY CRANE FOR THE SOUTHERN DISTRICT OF TEXAS:

The Plaintiff ADVENTO PENA notifies the Court that he has settled all the claims and disputes presented and joined in the above-captioned and numbered case with both Defendants.

The settlement documents are being prepared for this purpose.

Respectfully submitted

/S/ *Margil Sanchez, Jr.*

Margil Sanchez, Jr.,
Attorney at Law

Margil Sanchez, Jr.,
Attorney at Law,
P.O. Box 297,
Rio Grande City, Texas 78582
Tel. No. 956-487-7875
Fax No. 956-487-8491
Email: msjlaw@yahoo.com
Bar ID No. 17570800

1