UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ADVENTO PENA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-234 |
| § | |
| PAVONIA LIFE INSURANCE COMPANY § | |
| OF MICHIGAN, fka HOUSEHOLD LIFE § | |
| INSURANCE COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now before the Court is Plaintiff Advento Pena's Motion to Dismiss with Prejudice the claims asserted in this cause against Defendants Pavonia Life Insurance Company of Michigan, f/k/a Household Life Insurance Company ("Pavonia"), and Beneficial Financial 1 Inc. ("Beneficial").

Plaintiff represents to this Court that, for the consideration he has received, his claims against Defendants Pavonia and Beneficial have been settled and compromised to the satisfaction of the parties.

Upon consideration of the Motion, the Court hereby **ORDERS** that the Motion is **GRANTED** and all claims asserted, or which could have been asserted, in this cause brought by Plaintiff against Defendants Pavonia and Beneficial are **DISMISSED** with prejudice to re-file.

The Court further **ORDERS** that each party shall bear his/its respective attorney's fees and costs of court.

SO ORDERED this 15th day of October, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge